No. 474. HOWARD P. CONVERSE AND EDWIN P. BLISS, TRADING AS CONVERSE AND COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. George R. Shields* for petitioners *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 475. ERIC LANGE AND A. H. BERGSTROM, COPARTNERS, TRADING AS LANGE AND BERGSTROM *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Bynum E. Hinton* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 476. MARY D. A. SAYLES, CHARLES O. READ, AND JAMES R. MacCALL, INDIVIDUALLY, ETC. *v.* CHASE NATIONAL BANK AND FREDERICK K. RUPPRECHT. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Samuel Williston, Robert B. Dresser,* and *Claude R. Branch* for petitioners. *Messrs. Eldon Bisbee, Charles F. Choate, Jr.,* and *Arthur M. Allen* for respondents.

No. 477. JOSHUA RUSSELL *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph C. Breitenstein, William L. Day,* and *Luther Day* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 478. MERLE B. COPELAND *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.